## Service Agreement

| Wedding Date and location: May 26-30, 2022 - Bodrum Turkey ||
|---|---|
| Bride/Groom: Anisha | Bride/Groom: Arjun |
| Address: | Address: |
| Cell Phone: | Cell Phone: |
| Email Address: | Email Address: |
| Venue Name: | Venue Contact: |
| City/State: | Contact Email: |

This is a wedding photography service agreement with the Clane Gessel Studio. This is also a model release, allowing Clane and the Clane Gessel Studio to use images in marketing, and gives permission for the Studio to share images with the wedding planner, venue and vendors of the wedding. **Clane will ask for permission to use any images with recognizable faces from Arjun/Anisha before using anywhere.** The Clane Gessel Studio will take photos for the client at the allotted time, not outsourced to a third party. Service fee is for license to images and video shot on the wedding week for the allotted time, culled and edited and delivered online with a digital download link. Any and all deliverables are included as gifts (extra albums, flash drives and other physical products can be purchased separately and will incur WA State sales tax). Clane reserves the right to make duplicates of images from this event for advertising purposes, website use, submit to magazines for publication, social media use or however else Clane Gessel sees fit, consistent with weddings shot in the past. In the unlikely event that Clane is unable to perform the agreed-upon wedding photography in whole or part due to health, acts of god or casualty, he will be replaced with another Studio photographer to cover the wedding at a substantially reduced fee (**12,500$ less the original amount**). Our photographers always carry multiple cameras, but under the extremely rare case of equipment malfunction, equipment damage, technical failure, stolen gear or if the photos are undeliverable for any other reason, the Studio will provide a full refund. As an artist, the client trusts them to cover events using their artistic take and agrees that all choices of all photos shot and edited are up to the photographer. Photographer chooses the aspect ratio, size, resolution, camera, frame rate, color profile, format and all aspects of all photos and video, as well as what equipment to use. We make every effort to make people look their best, but we can't guarantee everyone will like the way they look in photos, will have their eyes open in photos, or that each photo is flattering. We have copies of every event we've ever shot, but because hard drives might fail, client releases the photographer from any obligation to maintain copies of digital files, photographs, videos, or images after they are delivered digitally. Clane will edit all photos. Editing includes color correction, lighting adjustments, and cropping all at Clane's discretion. Manipulation (changing the content of a photo) of any kind is not included and up to Clane on which image to manipulate (if any). The goal is to make each event and person look and feel their best. Client agrees to trust the photographers, videographers and the Studio team to capture the event in the way they see fit. **Couple will receive 40 same day edits in high resolution on the day of the wedding, Turnaround time for complete set of edited images (roughly 300-400) will be delivered in an online gallery within two weeks of the wedding, by June 12 2022.**

Client agrees they have seen the Studio's previous work and style, and allows the Studio to use her artistic take on all images, turning creative control of all photos over to the Studio in both shooting and editing. Hungry photographers don't work as well, so client agrees to provide meals for the photography team for each day and event of 5 hours or longer. If the client, client's family or any other vendor creates a hostile environment, including anything that would normally be considered abuse, we reserve the right to walk off the job with no refund. Studio retains all rights to all photos and videos as granted with USA copyright laws. All usable photos are given to client with a license to use the images, photographer takes out unusable photos/videos and determines what 'unusable' means. Blurry, over-exposed, under-exposed and out of focus photo/video qualify as unusable. Edited photos are included in full resolution as shot on camera in JPEG format. Additional edit and manipulation requests are not included and may be billed separately. All retainers and payments made

are non-refundable, full payment due before May 22, 2022. If paid on or after May 22 2022 incur a 10% late fee. This agreement and release shall be interpreted, construed and governed according to the laws of the state of Washington and King County (Seattle). The client (bride and groom) shall defend, indemnify and hold harmless owners "Clane Gessel Photography" and "Clane Gessel" from any and all claim, lawsuits, demands, causes of actions, liability, loss of any kind whatsoever with the videography and photography provided in this agreement. This agreement contains the sole and entire agreement and understanding between owners and client with respect to the matters addressed herein and supersedes any and all prior and contemporaneous discussions and agreements between owners and consultant, whether oral or written, with respect to such matters. This agreement may not be amended, modified, or expanded except in writing executed by Clane. In the unlikely event of a disagreement of this document, only arbitration may be used. Couple agrees to not disparage Clane or the Clane Gessel Studio online or in print, **Clane agrees to the same pertaining to the couple and wedding.** Wedding album selections (100-120) must be sent to Clane within six months of the wedding date in order to be included in the price. One album and one album revision are included. Client hereby acknowledges that it has read this agreement, understands and agrees to comply with all of the terms and provisions of this agreement, and that it has received and executed a copy of this agreement knowingly and voluntarily. Images, video, and all paid for services are deemed 'delivered' with emailed digital link(s). Signature of the bride or groom represents the signature of both parties.

The photo fee is $42,000 and is designed to have no additional costs. This includes:
Clane Gessel as main photographer for every event, 2 studio photographers accompanying, plus an assistant (4 people total)
Same day photo edits on the day of the ceremony to share on an ipad with full-resolution download, minimum 40
Drone coverage where applicable by law
All travel fees covered by Clane for photo/video, client will cover hotel room and food for Clane and his team May 24-' t 20
Engagement photo session anywhere in the world with Clane, typically 2-3 hours, one outfit change, 2 locations within am graphical area with travel and accommodation fees for Clane included
A 40-page leather bound acrylic wedding album, designed by Clane and approved by the couple before ordering, one of included
All photos on a full resolution flash drive (minimum 3000 images)
Editing and online proofing for sharing with friends/family
Engagement mini-shoot and party in New York on September 24th, Clane as the main photographer plus two studio photographers
**Clane will be in Bodrum no later than May 24, 2022 and will not leave earlier than Tuesday May 3**
**All photos personally culled and edited by Clane.**

Video is $34,275 that includes:
Two studio videographers for the wedding events
A 1 minute instagram teaser within one week of the wedding
A 10-15 minute full feature film encompassing all main events of the wedding
Full ceremony and any speeches on a flash drive (wedding reception and sangeet)
4K drone coverage where applicable by law
<u>A same-day video edit can be added on for an additional $12,000</u>. This includes a 2-3 minute video that encompasses videos from the engagement session, engagement party, and wedding festivities including all events of the wedding (including ceremony and reception) can be ready to play at the reception in Bodrum for guests. Couple will pay for any audio/video fees resulting from projection of the sound and video to the venue.
**Same-day edit can be added on with a signed photo agreement until March 31 2022**

Special adjustments:
*Couple has requested all RAW photos before Clane leaves Turkey, will bring their own SSD of at least 1TB (4TB for photo+video)*
*September 24th engagement party and mini session in New York, Clane plus two photographers, can be purchased stand-alone for $9500, and will apply to the cost of the wedding if they move forward with the Studio. **Ability to cancel with a full refund by July 31 2021. After July 31, 2021, we can move the date to any date Clane is available with no fee.***

A 20,000$ retainer is required, remaining balance is due two months before the wedding day. Payment can be made to paypal (clane@clanegessel.com), Venmo/Zelle (2066501030), or a check can be mailed to our Seattle office - 2212 Queen Anne Ave N. #278 Seattle, WA 98109. Extra hours for days or events not listed here are billed at $500/per for photo coverage, $500/per for video coverage.

\_\_\_\_July 17, 2012\_\_\_\_     _____
Date                                    Signature - Client (bride/groom)

7/17/2021