UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIT V. PATEL,

                Plaintiff,

-v-

CLANE GESSEL STUDIO and CLANE GESSEL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 10964 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter at ECF No. 17 regarding their anticipated motion (the "Motion") to dismiss Plaintiff's Complaint (ECF No. 1), and Plaintiffs' letter at ECF No. 22 in response. Having reviewed the parties' letters, the Court orders as follows:

1. By **May 26, 2023**, Defendants shall file the Motion.

2. By **June 26, 2023**, Plaintiff shall file his opposition to the Motion.

3. By **July 10, 2023**, Defendants shall file their reply, if any.

Dated:      New York, New York
             April 26, 2023

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**