UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIT V. PATEL,

          Plaintiff,

-v-

CLANE GESSEL STUDIO and CLANE GESSEL,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 10964 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' proposed case management plan ("PCMP"), the Court finds that an initial case management plan is unnecessary, and orders as follows:

1. The parties PCMP is ADOPTED and will be entered by separated Order.

2. A telephone status conference is scheduled for **Tuesday, January 16, 2024 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           October 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**