UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMIT V PATEL,

                              Plaintiff,                    22CV10964(GHW)(RFT)

              -against-                       **TELEPHONE CONFERENCE ORDER**

CLANE GESSEL STUDIO, ET AL,

                             Defendant.
-----------------------------------------------------------------X

ROBYN F. TARNOFSKY, United States Magistrate Judge:

      This action is scheduled for a Telephone Conference on **Monday, November 20, 2023 at 9 A.M.** at which time the parties should be prepared to discuss jurisdictional discovery and the possibility of settlement. Counsel is directed to join the telephone conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 565920709#.**

      If counsel are not available at this date and time, please jointly confer and email 4 dates for a telephone conference to be held before November 22nd to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

SO ORDERED.

DATED:    New York, New York
               November 15, 2023

                                                              ROBYN F. TARNOFSKY
                                                              United States Magistrate Judge