```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMIT V. PATEL,                                                 :
                                                               :
                              Plaintiff,                       :         ORDER
                                                               :
                -v-                                            :         22-CV-10964 (GHW) (RFT)
                                                               :
CLANE GESSEL STUDIO and CLANE GESSEL,                          :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023

**ROBYN F. TARNOFSKY, United States Magistrate Judge.**

By Order of Reference dated December 31, 2022 (ECF 6), Judge Gregory H. Woods referred this case to Magistrate Judge Sarah L. Cave for general pretrial supervision, including settlement. On November 15, 2023, that referral was reassigned to me. The parties have indicated that they are amenable to holding a settlement conference in January. (*See* 11/27/23 Status Report, ECF 44; 11/27/23 Status Report, 11/27/23, ECF 45.) I have therefore scheduled a settlement conference in this matter for **Friday, January 5, 2024, at 9:00 a.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **December 8, 2023,** to propose three alternative dates and times for the settlement conference during the week of January 15, 2024.

Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, January 2, 2024, at 5:00 p.m**.

Dated:    New York, New York
          December 1, 2023

SO ORDERED:

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE