UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/23
```

------------------------------------------------------------X

**Amit V Patel**

                Plaintiff(s),

  -against-

**Clane Gessel Studio**

                Defendant(s).

------------------------------------------------------------X

22 Civ. 10964 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The parties have indicated that they are amenable to holding a settlement conference on January 24, 2024. (See 12/11/2023 Letter, ECF 48.) I have therefore scheduled a settlement conference in this matter for **Wednesday, January 24, 2024, at 9:00 a.m.** The conference will be held on Microsoft Teams. The Courtroom Deputy will email counsel the log-in details.

    Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Wednesday, January 17, 2024, at 5:00 p.m.**

DATED: December 11, 2023

       New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge