```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMIT V. PATEL,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :         22-CV-10964 (GHW) (RFT)
              -v-                                            :
                                                             :              **ORDER**
CLANE GESSEL STUDIO and CLANE GESSEL,                        :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

**ROBYN F. TARNOFSKY, United States Magistrate Judge.**

    For the reasons set forth on the record at the conference held on April 10, 2024, Plaintiff's request for an extension of time nunc pro tunc to serve defendants is granted through and including April 3, 2024. SO ORDERED.

DATED:  April 17, 2024
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge