USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                    :
AMIT V PATEL,                                         :
                                                    :
                                    Plaintiff,    :         1:22-cv-10964-GHW
                                                    :
                          -v -                                :              <u>ORDER</u>
                                                    :
CLANE GESSEL STUDIO, *et al.*,          :
                                                   :
                                  Defendants.   :
                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On April 18, 2024, Magistrate Judge Tarnofsky issued a Report and Recommendation ("R&R") recommending "that the motion to dismiss the complaint for insufficient service of process be DENIED as moot; that the motion to dismiss the complaint for lack of personal jurisdiction be DENIED; that the motion to dismiss for improper venue be DENIED; that the motion to transfer venue be DENIED; that the motion to dismiss in favor of arbitration be DENIED; . . . that the motion to compel arbitration be GRANTED;" and "that the motion to dismiss pursuant to Rule 12(b)(6) be DENIED without prejudice to Defendants' renewing it before the arbitrator."  Dkt. No. 77 at 1–2.  On May 1, 2024, Plaintiff filed objections.  Dkt. No. 80.  Defendants' response, if any, is due no later than May 9, 2024.

SO ORDERED.

Dated: May 2, 2024
       New York, New York

                                                            GREGORY H. WOODS
                                                       United States District Judge