UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIT V. PATEL,<br><br>               Plaintiff,<br><br>   -against-<br><br>CLANE GESSEL STUDIO and<br>CLANE GESSEL<br>              Defendant. | 22-CV-10964 (GHW) (RFT)<br><br>**<u>STATUS CONFERENCE</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 24, 2024, the Court issued a decision granting Defendant's motion to compel

arbitration. (ECF 83.) Accordingly, this action is scheduled for a telephonic status conference

on June 20, 2024, at 11:30 AM. The parties shall be prepared to discuss whether they intend to

file an application for the appointment of an arbitrator. Counsel for the parties are directed to

call my conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 419**

**408 352#.**

If the parties are not available at this date and time, please jointly confer and email four

dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this

order.

DATED:    June 17, 2024
          New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge